IN THE CIRCUIT COURT OF THE COUNTY OF MUSKEGON
STATE OF MICHIGAN
60th District
County Bldg., 990 Terrace St., Muskegon MI 49442

| | | |
|---|---|---|
| STATE OF MICHIGAN, | ) | Cause No. **06-052858-FH** |
| Plaintiff | ) | (CRIMINAL DIVISION) |
| | ) | |
| vs. | ) | |
| | ) | **1:06 CV0146** |
| CARL I. GARNER, | ) | |
| Defendant | ) | **Robert Holmes Bell** |
| | | **Chief, U.S. District Judge** |

**Notice of Removal**

Defendant has filed in U.S. District Court, Western District of Michigan (**Cause No: 1:06 CV0146**), to have the subject lawsuit in this State of Michigan Court removed to a federal jurisdiction court.

Said federal court filing is being attached in Enclosure (1), for non-federal court office addresses.

Respectfully submitted,

Carl I. Garner, (*Pro Se*)

CERTIFICATE OF SERVICE

I hereby certify that, on this 2Nd day of March, 2006, a true and correct copy of the foregoing petition for removal, in person, and/or Fax and/or by United States Mail postage prepaid, has been duly served upon the following:

Christina Harris
P.O. Box 30758
Lansing, MI 48909

Clerk of Circuit Court for:
Honorable Timothy Hicks
990 Terrace Street
Muskegon, MI 49442

Clerk of U. S. District Court
110 Michigan St., N.W.
Grand Rapids, MI 49503

Carl I. Garner, (*Pro Se*):