UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN,

        Plaintiff,        Case No.  1:06-cv-146

-vs-

                                      Hon. Robert Holmes Bell

CARL I. GARNER,

        Defendant.
_____/

## NOTICE OF RECEIPT OF CASE

Notice is hereby given that this case has been removed from Muskegon County Circuit Court and filed in this court on 3/2/2006.  It has been assigned the case number and judge set forth above.

                            RONALD C. WESTON, SR.
                            CLERK OF THE COURT


                            By   /s/ cr
                                 Deputy Clerk

Dated:  March 9, 2006