UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF MICHIGAN,            )<br>                                               )<br>           Plaintiff,               )<br>                                               )<br>v.                                           )<br>                                               )<br>CARL I. GARNER,                )<br>                                               )<br>           Defendant.           )<br>_____) | Case No. 1:06-cv-146<br><br>Honorable Robert Holmes Bell<br><br>**ORDER OF REMAND** |

In accordance with the memorandum opinion issued this date:

IT IS ORDERED that the captioned case be and hereby is summarily REMANDED to the Muskegon County, Michigan, Circuit Court.

IT IS FURTHER ORDERED that the Clerk immediately provide copies of the memorandum opinion and order to the Clerk of the Muskegon County Circuit Court for filing in *People v. Carl I. Garner*, case no. 06-072779-FY.

Dated:      March 13, 2006            /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        CHIEF UNITED STATES DISTRICT JUDGE