UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



State of Michigan ,

    Plaintiff,

v.

Carl I. Garner,

    Defendant.
_____/

Case No. 1:06-cv-00146

Hon. Robert Holmes Bell

## ORDER REJECTING PLEADING

The Court has examined the following proposed pleading received March 15, 2006, and orders the Clerk to reject the Joinder Motion and to return it to Defendant Garner for the reasons noted below:

    Pursuant to Memorandum Opinion and Order dated 3/14/06 this case was remand to Muskegon County Circuit Court

    IT IS SO ORDERED.

Dated: 3/15/06
gjf

Joseph G. Scoville
U.S. Magistrate Judge

☐ THE CLERK SHALL ACCEPT THE PLEADING(S) FOR FILING  _____
                                                                                                                            INITIALS